# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0599. FAIRCLOTH v. THE STATE.**

This appeal was docketed in this court on November 26, 2013. In accordance with the docketing notice and Court of Appeals Rules 22 (a) and 23 (a), appellant's enumeration of error and brief were required to be filed in this court on or before December 15, 2013. As of the date of this order, no enumeration of errors and brief have been filed in this court.

Therefore, this appeal is dismissed. *Whittle v. State*, 210 Ga. App. 841, 842 (437 SE2d 842) (1993); Court of Appeals Rule 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/25/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*